

# Employee Innovation & Proprietary Information Agreement

DEERE & COMPANY
Moline, Illinois 61265

| TYPE OR PRINT | EMPLOYEE NAME (Last) | (First) | (Initial) | SOCIAL SECURITY NUMBER | EMPLOYING UNIT | EMPLOYEE NO. |
|---|---|---|---|---|---|---|
| | | | | | | |

In consideration of my employment by the Company (Deere & Company or its subsidiaries or affiliates) I agree that:

1. I will transfer to the Company, and assist the Company during and after my employment to secure legal protection for all rights to any inventions, designs, discoveries, ideas, writings, and works of art relating to the Company's business conceived or made by me while employed by the Company and in connection with my work.

2. Except as required by my duties for the Company, I will not use or give to others, either during or after my employment, any trade secret or confidential information belonging to the Company or others with whom the Company does business. Examples of what may be considered as trade secrets or confidential are designs, processes, systems, computer programs, writings, research and development information, financial data, and marketing strategies. I also agree that any trade secrets and/or confidential information I have that belongs to my previous employers will not be used by me for the benefit of the Company.

3. Upon termination of my employment I will return to the Company all materials that relate to such trade secrets or confidential information.

4. I have indicated in the box below, any inventions or ideas I wish to protect, patentable or not, which were previously conceived either wholly or in part by me prior to my employment with the Company, but which have neither been published nor filed in the United States Patent Office.

LIST INVENTIONS OR IDEAS YOU WISH TO PROTECT:

**NOTICE TO EMPLOYEE:** No provision in this Agreement is intended to require assignment of any of the employee's rights in an invention if no equipment, supplies, facilities, or trade secret information of the Company was used, and the invention was developed entirely on the employee's own time; and the invention does not relate to the business of the Company or to the Company's actual demonstrably anticipated research or development; and does not result from any work performed by the employee for the Company.

I acknowledge receipt of a copy of this agreement.

_____   _____   _____ 5-27-08
EMPLOYEE SIGNATURE (Full Name)   Date   WITNESS SIGNATURE (Employee's immediate supervisor or other appropriate representative of the Company.)   Date

DC1014 (6/01 Stock) Printed in U.S.A.

PERSONNEL RECORD

EXHIBIT B