E-FILED
Monday, 09 September, 2019  05:35:46 PM
Clerk, U.S. District Court, ILCD

3 June 2019

Mr. David Gilmore
Senior Vice President, Global Marketing
Deere and Company
One John Deere Place
Moline, IL 61265

Dear David:

I am writing to notify you I have made the decision to resign from my employment with John Deere, effective 9 July 2019. It has been a pleasure working for John Deere.

It has been a difficult decision to consider leaving John Deere. Given recent changes, however, it seemed obvious to me that I was frozen out of the opportunity to lead a business group or experience further growth, which is my career objective. I no longer even reported to the division president. My role in the organization would likely remain unchanged for the remainder of my career. Accordingly, I believe the time had come for me to consider other opportunities. I tell you this not out of any bitterness but in hopes you will understand the motive for why I would consider leaving the Company after devoting 22 years of my professional life to its success. It was not an easy choice.

I also want to emphasize that I have not disclosed and will not disclose any of John Deere's propriety or confidential information or trade secrets. I know this has been a source of concern to the Company and even has led to litigation in the past. In this regard, I have not copied, downloaded, or otherwise taken any proprietary or confidential information, trade secrets, or other property of John Deere, and I will not do so at any time. I also have reviewed my personal computer and cell phone and have not discovered any such information. I do have some personal information and documents stored on John Deere's computer systems. I have not yet retrieved that information, but I am requesting that it be made available to me or have IT assist me in retrieving it.

Finally, I also want to inform you I have accepted a new position with AGCO Corporation as Vice President, Fuse Connected Services and Technology. In doing so, I carefully considered that this position, which is a position focused on product and services development, is fundamentally different from my current role with John Deere as Global Director of Customer and Product Support, so there will be no actual or inevitable disclosure of any of John Deere's proprietary or confidential information or trade secrets. I have told AGCO that if I come across any unintended circumstance where my knowledge of any John Deere confidential or trade secret information would be relevant, I will recuse myself from any such meetings or activities.

I am grateful for my experience with the Company.

Sincerely,

*Seth Crawford*

Seth Crawford


**EXHIBIT E**