IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| DEERE & COMPANY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. _____ ) ) |
| SETH CRAWFORD, ADRIAN CRAWFORD, | ) ) ) ) ) |
| Defendants. | |

## DECLARATION OF ANGELA JOHANNINGMEIER

Angela Johanningmeier, being duly sworn on oath and with knowledge of the matters testified to herein, states, affirms and declares the following facts are personally known to her:

1. I am an adult.

2. I work for Deere & Company ("Deere"), and my title is Director, Global Proactive Customer Services.

3. I am aware of no Deere business need for Seth Crawford to send the following file to his personal Google account on May 16, 2019, between 10:53 p.m. and 11:36 p.m.: "[REDACTED] – 2018-12.pptx". That file should remain on Deere's devices and systems, and should not be sent to personal email or cloud storage.

4. The information contained in file "[REDACTED] – 2018-12.pptx" is highly confidential and contains a summary review of Deere's Connected Support organization and offerings, strategy, growth plans, successes and challenges, number of machines with active telematics, and how often certain telematic customer support features were used.

## **VERIFICATION PURSUANT TO 28 U.S.C. § 1746**

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 26 day of August, 2019.

Angela Johanningmeier
Director, Global Proactive Customer Services
Deere & Company

2