IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| DEERE & COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>SETH CRAWFORD,<br>ADRIAN CRAWFORD,<br><br>    Defendants. | )<br>)<br>)<br>)  Case No. _____<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **DECLARATION OF MATTHEW J. STIPPICH**

Matthew J. Stippich, being duly sworn on oath and with knowledge of the matters testified to herein, states, affirms and declares the following facts are personally known to him:

1. I am an adult.

2. I am an owner, the General Counsel, and President of Professional Services at Digital Intelligence, Inc. and DIFS, LLC (collectively d/b/a Digital Intelligence). Digital Intelligence provides digital forensic and eDiscovery analysis and consulting and is one of the largest global manufacturers of digital forensic equipment and forensic training services. I am also an attorney duly licensed to practice law in the State of Wisconsin since 1997.

3. I have been providing counseling on electronic discovery and computer forensic issues since the late 1990's, first as a practicing attorney and since 2003 in my capacity with Digital Intelligence.

4. I regularly advise attorneys, law enforcement, and corporations on issues involving electronic discovery, computer forensics, and record retention, and manage the preservation,

filtering, and production of electronic evidence. I also consult with government and private sector clients regarding best practices for managing electronic evidence and information.

5.  I frequently train attorneys, judges, and legal professionals on legal issues involving best practices related to digital forensics and electronic discovery. I am a co-author of the *Electronic Discovery and Records Management Guide: Rules, Checklists and Forms*, West Publishing (2011 – 2019 Editions) and a contributing author of the *Wisconsin Discovery Law and Practice*, State Bar of Wisconsin (2011-2019 Editions). I am competent to testify to the matters herein. I have personal knowledge of all the matters stated in this declaration and its attachments.

6.  A copy of my current CV identifying my experience, education, and professional training is attached hereto as Exhibit A, and I can personally attest to the accuracy of the representations within it.

7.  Michael Best and Friedrich LLP representing Plaintiff Deere & Company ("Deere") in the above-captioned matter retained DI and requested DI to examine Seth Crawford's Microsoft Surface Pro Tablet, Seth Crawford's Apple iPhone, Seth Crawford's Sethcrawford@hotmail.com email account, Seth Crawford's Sethhcrawford@gmail.com email account and Google Drive account, Seth Crawford's Sethcrawford@hotmail.com Dropbox account, Seth Crawford's Sethhcrawford@gmail.com Dropbox account, Seth Crawford's Sethcrawford@hotmail.com iCloud backups, Adrian Crawford's Apple iPhone, Adrian Crawford's Adrian.mw.bell@gmail.com email account and Google Drive account, Adrian Crawford's Adrianmdeines@gmail.com email account and Google Drive account, and Adrian Crawford's Adrian.mw.bell@gmail.com iCloud backups (collectively, "Accounts and Devices")

2

8. Digital Intelligence has conducted an inspection of the Accounts and Devices, and our findings are reflected in paragraphs below.

9. From an iCloud backup of Seth Crawford's iPhone 5s, a contact with the name "Eric Hansotia" called the phone on 5/15/2019 at 3:26:32 PM (UTC-4:00) (Eastern Time). In this same backup, the phone number 470-242-9070 was communicated with at least nine times from 5/15/2019 to 5/23/2019. There are also four calls during this time frame with the area code 770.

10. On 5/16/2019 at 10:54 PM and 10:58 PM, emails were sent from sethhcrawford@gmail.com to sethcrawford@hotmail.com with multiple files attached to those emails. The attached documents included:

- Copy of Organizational Enablement Tracking Sheet.xlsx
- Copy of Prioritized Pairs Workbook 17 Trends - vSC 2017-09-26.xlsm
- CPS Video Sessions.docx
- EDGE 2018 Agenda Day 1.pdf
- Initial Observations.docx
- Non-Metric Letter 2017-03.pdf
- Product Recommend Trend - Large Combines USC.pptx
- sharepoint-audit.deere.pdf
- Recommendation Letter – [REDACTED].pdf
- SPFH OM 16 May 14 LJM-v2.pptx
- [REDACTED] Hydraulic Failures 16Aug2015.pptx
- [REDACTED CLIENT] Benchmarking Session_Agenda v2.docx
- [REDACTED CLIENT] Benchmarking Session_Agenda Takeaways.docx
- [REDACTED CLIENT] - 2018-12.pptx

Forensic review of Mr. Crawford's accounts and devices indicates that these documents existed in Mr. Crawford's Google account and his Hotmail account at the time of examination. DI cannot confirm whether these documents have been transferred elsewhere.

3

11. On 5/20/2019 at 10:01 PM, 10:08 PM, 10:11 PM, 10:21 PM, and 10:23 PM, emails were sent from sethhcrawford@gmail.com to sethcrawford@hotmail.com, with multiple files attached to those emails. The attached documents included:

- Master - JF Slides May 2019 Final.pdf
- 2019 RA Cover Letter Q2.docx
- Q2 FY2019 Return and Allowance Report.xlsx
- Apr.19.pptx
- Monthly Reports-Apr19 Sendout.xlsx
- AT Division Financial Summary APRFY19_FinalSendout.pdf
- AT Division Financial Summary APRFY19_FinalSendout.xlsb

Forensic review of Mr. Crawford's accounts and devices has shown that these documents no longer reside in Mr. Crawford's Google account but are found in his Hotmail account. DI cannot confirm whether these documents have been transferred elsewhere.

### VERIFICATION PURSUANT TO 28 U.S.C. § 1746

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 16th day of September, 2019.

_____
Matthew J. Suppich
Owner, General Counsel / President Prof. Services
Digital Intelligence, Inc. & DIFS, LLC d/b/a
Digital Intelligence

4



# Matthew J. Stippich

| | |
|---|---|
| **Contact Information** | Matthew J. Stippich, President Professional Services/ General Counsel<br>Digital Intelligence<br>17165 W. Glendale Dr<br>New Berlin, WI  53151<br>mstippich@digitalintelligence.com<br>(262) 782-3380 (direct) |
| **Experience** | **Digital Intelligence, Inc. / DIFS, LLC (2004 – Current)**<br>*President Professional Services / General Counsel.*<br>Matt Stippich is an owner, General Counsel and President of Professional Services for Digital Intelligence, an industry leader in providing digital forensic and eDiscovery equipment, training and services.  He advises, implements and performs ESI strategies for clients ranging from emerging growth companies to Fortune 100 companies, law firms and government agencies with a focus on managing costs associated with the preservation, searching and production of ESI as well as internal investigations.  Matt works extensively with corporate legal and IT teams to develop proactive best-practices for managing ESI issues associated with litigation, employment and security events.  Past projects have included developing and implementing ESI strategies in response to SEC and US DOJ investigations of potential FCPA violations across more than 40 countries<br><br>Matt frequently writes and speaks on topics related to e-discovery and digital forensics.  He is a Charter Affiliate Member of the Association of Certified E-Discovery Specialists, and maintains a CEDS certification.  He is also a partner in the Milwaukee based law firm of Stippich Selin & Cain, LLC.  Matt received his J.D. from Marquette University and his undergraduate degree from Grinnell College.  In his free time, he also serves as Alderman for the 1st District in Wauwatosa, Wisconsin.<br><br>**Marquette University Law School (2016 – Current)**<br>*Adjunct Professor of Law.*<br>Matt teaches a course for law students on *Electronic Discovery and Digital Evidence*. This course includes an examination of the procedures for the discovery of electronically stored information under the Federal Rules of Civil Procedure and state rules of civil procedure. Subjects include as identification and preservation of ESI, forensic analysis, form of production of electronically stored information, cost shifting, and discovery of electronically stored information that is not reasonably accessible. |
| **Education and Professional Training** | **Marquette University Law School**, Milwaukee, Wisconsin.<br>Juris Doctor, May 1997.<br>**Judicial Internship, Wisconsin Supreme Court**, *Intern for Justice Wm. A. Bablitch.*<br>**Moot Court**, *Vice-President,* 1996-1997.<br><br>**Grinnell College**, Grinnell, Iowa.<br>Bachelor of Arts in Political Science, 1988-1992. |
| **Professional Associations** | Wisconsin Bar Association<br>American Bar Association<br>Wisconsin Association of Corporate Counsel<br>Wisconsin Association of Computer Crime Investigators<br>International Association of Computer Investigative Specialists |
| **Speaking and Writing** | Matt is a published author and frequent presenter on topics related to technology and the law including, computer forensics, eDiscovery, management of electronic documents, internet and email policies, document retention and licensing.<br>Book: *Electronic Discovery and Records Management Guide: Rules, Checklists and Forms*, West Publishing (2011-2020 Editions).<br>Book: *Wisconsin Discovery Law and Practice*, contributing author, State Bar of Wisconsin (2011-2019 Editions). |



Matthew J. Stippich

**Speaking and Writing (cont.)**

*Trending Topics in Business Litigation 2017: How to Work with a Computer Forensic Consultant*, State Bar of Wisconsin (November 2017).

*eDiscovery 101: What Every Attorney Should Know*, La Crosse County Bar Association (April 2018).

*The New Federal Rules and Key Trends in eDiscovery Technology, Document Review and Forensics*, Law and Technology Conference, Milwaukee Bar Association (November 2017).

*Ask the Experts*, Law and Technology Conference, Milwaukee Bar Association (November 2017).

*Proportionality and Digital Evidence: Maximum Results on a Minimum Budget*, Wisconsin Bar Association (October 2017).

*How Will the New Federal Rules of Civil Procedure Work and Would They Work in Wisconsin*, Wisconsin Bar Association (September 2016).

*Email Archiving for Public Entities: Is There a Solution Beyond "Saving it All?"* Public Records and Open Meeting Update (September 2015).

*How Proposed Federal Rules of Civil Procedure Changes May Affect You*, State Bar of Wisconsin (January 28, 2015).

*Preservation and Presentation of Cloud and Social Media Evidence*, State of Wisconsin Judicial Training (April 2014).

*Litigation in the Digital Age: Computer Forensics*, Wisconsin Bar Association (October 2013).

*eDiscovery Obligations: Challenges and Solutions for Common Technologies (Email Servers, SharePoint, Mobile Devices and Cloud Computing)*, Eastern District Bar Association (Nov 2012).

*Applying the Essentials to Preservation and the Meet and Confer*, Eastern District Bar Association (Nov 2012).

*Understanding the Ethical Implications of eDiscovery*, Eastern District Bar Association (Nov 2012).

*Privacy Issues in the Workplace: What Can the Employer Monitor?*, Wisconsin Bar Association (June 2011).

*Strategies for Controlling eDiscovery Costs*, Association of Corporate Counsel (Wis. Chapter), (May 2011).

*2011 Association of Certified eDiscovery Specialists Conference*, Speaker (2011).

*E-Discovery Challenges: Cloud Computing*, Eastern District of Wisconsin Bar Association (November 2010).

*Making the New E-Discovery Rules Work for You and Your Client*, Milwaukee Bar Association (October 2010).

*Overview of the Proposed Rules of Electronic Discovery*, Milwaukee Bar Association (Sep. 2010).

*Proposed Rules for Electronic Discovery*, Wisconsin Lawyer (December 2009).

*E-Discovery Nuts & Bolts: The Request for Production of Documents*, Wisconsin Bar Association (August 2009).

*Managing Internal Investigations*, Wisconsin Association of Corporate Counsel (May 2009).

*What Every Lawyer Should Know About ESI – 2009*, Wisconsin Bar Association (April 2009),

*Use of Computer Forensics in Discovery*, Paralegal Association of Wisconsin (Fall 2008).

*E-Discovery: Searching the Virtual File Cabinets*, National Business Institute (Fall 2008).

*Computer Forensics 101: Investigating Computer Abuses in Schools*, (Summer 2007).

*Electronic Evidence: Issues*, Milwaukee Bar Association (Spring 2007).

*Electronic Evidence and the New FRCP*, Wis. Bar Assoc., Labor and Employment Section (December 2006).

*Preserving Evidence under the Revised Federal Rules of Civil Procedure*, NBI (Winter 2006).

*Conducting Forensic Analysis under the Revised Federal Rules of Civil Procedure*, National Business Institute (Winter 2006).

*Conducting Computer Forensics Under the Revised FRCP: How to prevent shooting yourself in the foot with the case's smoking gun.* Ohio (Fall 2006).

*Dealing with Electronic Discovery*, Association of Trail Defense Attorneys (Spring 2006).

*A Holistic Perspective on the Science of Computer Forensics*, Journal of Information Privacy and Security (Spring 2005).

*Recent Cases & Emerging Trends: Computer Forensics*, Wis. State Public Defender Conference (October 2004).

*Computer Forensics and eDiscovery: Issues and Perspectives*, Wisconsin Supreme Court, *2004 Civil Law Seminar* (December 2004).

*eDetection: Capturing and Using Electronic Evidence*, (Milwaukee, May 2004).

*Licensing, Security and Privacy*, Consortium for Global E-Commerce (Madison, February 2003).

Global Business Resource Center (February 2003).

 

| | |
|---|---|
| **Speaking and Writing (cont.)** | *Turning Ideas Into Profits: Expanding Markets/Maximizing Profits,* Wisconsin Innovation Service Center (November 2002).<br><br>*Legal and Business Issues Related to Technology Licensing and E-Commerce,* University of Wisconsin School of Engineering (Madison, December 2002).<br><br>*Security Requirements of Gramm-Leach-Bliley,* Wisconsin Banker's Association (Oshkosh, September 2001).<br><br>*Multimedia Legal Handbook: A Guide From the Software Publishers Association,* Aspen Law & Business Publishing (2001 Supplement; 2000 Supplement; 1999 Supplement).<br><br>*The Law of the Internet for Wisconsin Attorneys,* National Business Institute (Milwaukee and Madison, March, 2001).<br><br>*E-Security Issues in B2B & B2C E-Commerce,* Consortium for Global Electronic Commerce (February 2001).<br><br>Tool Die and Machinists Association (February 2001).<br><br>National Tooling and Machinists Association (January 2001).<br><br>*The E-Commerce Maze: Winding Your Way Through Electronic Signatures, Encryption and Privacy Issues,* ITEC (November 2000).<br><br>*Internet Law for Electronic Commerce in Wisconsin,* Lorman (August 2000).<br><br>*Making and Enforcing the Digital Bargain: UCITA, UETA and On-Line Contracting* (August 2000).<br><br>*Privacy Issues in E-Commerce* (August 2000).<br><br>*The Law of the Internet for Wisconsin Attorneys,* National Business Institute (February 2000).<br><br>*Minimizing Liabilities of E-Commerce and Business Technology* (May 2000).<br><br>*Surfing through the Legal Minefields of E-Commerce: What you don't know <u>can</u> hurt you,* (May 2000)<br><br>*Legal Implications of Electronic Commerce,* ITEC (1999).<br><br>*Internet Basics for the Wisconsin Attorney,* National Business Institute (1999).<br><br>Corporate Practice Institute (1998).<br><br>*Internet Strategies for the Paralegal,* Institute for Paralegal Education (1998). |