4:19-cv-04178-SLD-JEH   # 4-18   Page 1 of 3

E-FILED
Wednesday, 18 September, 2019  10:14:23 AM
Clerk, U.S. District Court, ILCD

08/23/2019                SETH CRAWFORD

Pages 1–4

## Page 1

IN RE:
EXAMINATION UNDER OATH

SETH CRAWFORD

VOLUME I

AUGUST 23, 2019

## Page 2

APPEARANCES:

ERIC H. RUMBAUGH
Michael Best & Friedrich, LLP
Suite 3300
100 East Wisconsin Avenue
Milwaukee, WI 53202
(414) 225-2742
Ehrumbaugh@michaelbest.com

BENTON J. MATHIS, JR.
KENNETH G. MENENDEZ
HILARY FREESMEIER
Freeman Mathis & Gary, LLP
Suite 1600
100 Galleria Parkway
Atlanta, GA 30339
(770) 818-1402
bmathis@fmglaw.com

ALSO PRESENT:
Dan Griswold
Deere & Company representative

## Page 3

I N D E X

THE WITNESS:   SETH CRAWFORD - VOLUME 1

EXAMINATION:                              PAGE

BY MR. RUMBAUGH......................   5

EXHIBITS:
(No exhibits tendered)

## Page 4

The oral examination under oath of SETH CRAWFORD was taken on August 23, 2019, beginning at 9:25 a.m., in the offices of Freeman, Mathis & Gary, LLP, Suite 1600, 100 Galleria Parkway, Atlanta, Georgia, before Lori Roy, a Certified Shorthand Reporter, Registered Professional Reporter, in and for the State of Georgia.

- - - -

EXHIBIT A

Page 5

1  SETH CRAWFORD,
2  called as a witness and having been first duly
3  sworn, testified as follows:
4
5                     EXAMINATION
6  BY MR. RUMBAUGH:
7      Q.   Could you state your name, please.
8      A.   Seth Crawford.
9      Q.   And where do you live, Mr. Crawford?
10     A.   394 The Battery in Duluth, Georgia
11 30096.
12     Q.   And how long have you lived there?
13     A.   Since July 12th.
14     Q.   And where did you live previously?
15     A.   Davenport, Iowa.
16     Q.   How long did you live in Davenport,
17 Iowa?
18     A.   Five years.
19     Q.   Have you ever testified before?
20     A.   Yes.
21     Q.   How many times?
22     A.   A couple times.
23     Q.   Have you ever been deposed before?
24     A.   Yes.
25     Q.   How many times?

Page 6

1      A.   Once.
2      Q.   Okay. All right. So I'm going to
3  skip a lot of normal deposition stuff, and I
4  will just try and get to the points here.
5           By whom are you employed?
6      A.   AGCO Corporation.
7      Q.   And what do you do for AGCO.
8      A.   Vice president for FUSE.
9      Q.   Vice president for FUSE.
10          FUSE?
11     A.   F-U-S-E, yes.
12     Q.   And what are your duties as vice
13 president for FUSE?
14     A.   To lead the precision AG efforts.
15     Q.   And what is FUSE's function within
16 AGCO?
17     A.   So it's the precision farming
18 portfolio. So guidance, machine control,
19 telematics.
20     Q.   Who do you report to?
21     A.   Brad Arnold.
22     Q.   And how many people report to you?
23     A.   Five directly.
24     Q.   And by title, what are the reports
25 that report to you?

Page 7

1      A.   A product manager for -- well, it
2  would be telematics and AGCO connect, product
3  manager. I don't know exactly, but I think it's
4  product manager for machine control. We have an
5  agronomist. I have FUSE marketing. And then I
6  have a project manager.
7      Q.   So those are your direct reports?
8      A.   Uh-huh.
9      Q.   And Mr. Arnold, what's his position?
10     A.   Vice president for crop care and --
11 actually, I don't know the exact title, but it's
12 crop care, it's harvesting and FUSE.
13     Q.   How long did you work for Deere?
14     A.   Twenty-two years.
15     Q.   When did you start your employment
16 with AGCO?
17     A.   August 5th.
18     Q.   Of 2019?
19     A.   Yes.
20     Q.   When did you first have contact with
21 AGCO about employment with AGCO?
22     A.   My first inquiry was in early March.
23     Q.   Of 2019?
24     A.   Yes.
25     Q.   Who made -- initiated the contact in

Page 8

1  March 2019?
2      A.   I did.
3      Q.   And who did you contact?
4      A.   Eric Hansotia.
5      Q.   And could you spell his name for the
6  court reporter, please.
7      A.   H-A-N-S-O-T-I-A.
8      Q.   And how did you know Mr. Hansotia --
9      A.   I worked with -- I've worked for him
10 from 2007 --
11     Q.   When he was at Deere?
12     A.   -- from 2009 when we were both at
13 Deere, yes.
14     Q.   How did you contact Mr. Hansotia,
15 through what media?
16     A.   I believe I called him. But I also
17 could have sent him a text message to ask if he
18 had time to talk.
19     Q.   And when did you actually make
20 contact and communicate with Mr. Hansotia?
21     A.   It would have been sometime in early
22 March.
23     Q.   So your first -- your -- what I want
24 to do is I want to go through your
25 communications with AGCO up until when you got

Page 9

1  hired.
2    A.  Okay.
3    Q.  So your first communication with
4  Mr. Hansotia -- and you can't remember how you
5  initiated it?
6    A.  That's correct.
7    Q.  When you actually first communicated
8  with him, was it through -- what media was that
9  first communication?  Was it by phone, face to
10 face, electronic?
11       Was it a telephone --
12   A.  It would either be a phone call or a
13 text.
14   Q.  Okay.  Could you tell me what you
15 remember of that first communication?
16   A.  At that point I had called him to ask
17 if there were any opportunities at AGCO.
18   Q.  And did he respond?
19   A.  At that point I believe he said, Let
20 me check.  Let me see what we might have
21 available.
22   Q.  And what was the next communication
23 with AGCO that you can remember about your
24 prospective employment with AGCO?
25   A.  Eric came back saying that they -- he

Page 10

1  thought they might have an opening leading the
2  precision AG group and that he wanted me to
3  connect with Brad Arnold who would have been
4  overseeing that area.
5    Q.  What's the next communication that
6  you can remember between you and AGCO about your
7  prospective employment with AGCO?
8    A.  I believe that at that point Brad and
9  I sat up some time to talk, and we had a
10 30-minutes conversation.
11   Q.  By telephone?
12   A.  Yes.
13   Q.  Do you remember when you had your
14 telephone conference with Mr. Arnold?
15   A.  No.
16   Q.  Do you remember what month it was in?
17   A.  I would say March or April.
18   Q.  Can you recall anything of your
19 discussion with Mr. Arnold?
20   A.  It just -- he asked about my
21 background, and we talked about the FUSE
22 position.
23   Q.  All right.  Did you have any
24 qualifications that would make you qualify --
25 I'm presuming the answer is yes, but did you

Page 11

1  have qualifications to make you qualified to
2  work in the FUSE position that you ultimately
3  took?
4    A.  I guess so.
5    Q.  Did you have any experience at Deere
6  that would apply to your position with FUSE?
7    A.  Yes.  I had previous experience as
8  the factory marketing manager for the -- at the
9  time AG management solutions.
10   Q.  What was your next communication with
11 AGCO following your telephone conference with
12 Mr. Arnold?
13   A.  There's some back and forth as far
14 as -- I don't know if it was by text message or
15 phone, but Brad had wanted me to connect with
16 another individual that had previously left the
17 FUSE group.  That never happened.
18       But then Brad came back, and I don't
19 know if it was Brad or somebody from HR, trying
20 to arrange an on-site interview.
21   Q.  Did you arrange an on-site interview?
22   A.  Yes.
23   Q.  Did you participate in an on-site
24 interview?
25   A.  Yes.

Page 12

1    Q.  Where did the on-site interview
2  occur?
3    A.  At the AGCO office.
4    Q.  And where is the AGCO office?
5    A.  Duluth, Georgia.
6    Q.  How far is Duluth from Atlanta?
7    A.  From the airport, I think it's about
8  25 miles.
9    Q.  Okay.  So did you -- you flew from
10 your home to here?
11   A.  Uh-huh.
12   Q.  Where did you fly from?
13   A.  I flew from Moline to Atlanta.
14   Q.  And when did you -- when was your
15 in-person interview?
16   A.  The 15th of May.
17   Q.  And who was at the interview on
18 behalf of AGCO?
19   A.  Those that I can recall, Brad Arnold,
20 Rainer Hofmann, Bill Fitzgibbons and then I also
21 interviewed with Stefan Caspari, but Stefan and
22 I had a phone conversation.  He was not there in
23 person.
24   Q.  So I have a Mr. Hofmann and a
25 Mr. Gibbons?